# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beckerman, Lisa G. | U.S. Bankruptcy Court, NYSD | 07/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bamkruptcy Judge | ☐ Nomination    Date<br>☑ Initial   ☐ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>06/08/2021 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Akin Gump |
| 2. Board of Directors | American College of Bankruptcy |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | Akin Gump partnership agreement, partnership pension plan, and 401(k) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2021 | Self-employed (attorney) | $44,000.00 |
| 2. 2020 | Self-employed (attorney) | $2,929,566.00 |
| 3. 2019 | Self-employed (attorney) | $2,520,495.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beckerman, Lisa G.** | 07/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Boston University | Gift Agreement | None |
| 2. University of Texas (Austin) | Gift Agreement | L |
| 3. University of Chicago | Gift Agreement | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | Exempt | | | | | |
| 2.   J.P. MORGAN (cash) | A | Interest | N | T | | | | | |
| 3.   CITI PRIVATE BANK (cash) | A | Interest | P1 | T | | | | | |
| 4.   NEW YORK LIFE (universal policy) | C | Interest | M | T | | | | | |
| 5.   MASS MUTUAL ODYSSEY FIXED ANNUITY | | None | O | T | | | | | |
| 6.   NORTHWESTERN MUTUAL INCOME ANNUITY (fixed) | | None | N | T | | | | | |
| 7.   AKIN GUMP CAPITAL ACCOUNT | | None | N | T | | | | | |
| 8.   ACCOUNT #1 (H) | | | | | | | | | |
| 9.   FED US TREASURY CASH RESERVES | | None | L | T | | | | | |
| 10.   PIMCO TOTAL RETURN FUND | | None | N | T | | | | | |
| 11.   VOYA AG DIV MULTI ASSET MODERATE | | None | P1 | T | | | | | |
| 12.   DODGE & COX STOCK FUND | | None | M | T | | | | | |
| 13.   FIDELITY SMALL/MID CAP CORE | | None | N | T | | | | | |
| 14.   STATE STREET S&P 500 INDEX FUND | | None | O | T | | | | | |
| 15.   TOUCHSTONE SANDS CAP SEL GR I | | None | J | T | | | | | |
| 16.   VANGUARD DEVELOPED MARKETS INDEX | | None | M | T | | | | | |
| 17.   ACCOUNT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beckerman, Lisa G.** | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. COLUMBIA ADAPTIVE RISK ALLOC INSTL CL (CRAIX) | A | Dividend | L | T | | | | | |
| 19. COLUMBIA MULTI STRATEGY ALTS INSTL CL (CLAZX) | B | Dividend | K | T | | | | | |
| 20. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 21. ISHARES IBOXX $ INVESTMENT GRADE CORP BOND ETF (LQD) | A | Dividend | J | T | | | | | |
| 22. ISHARES 20+ YR TREASURY BOND ETF (TLT) | A | Dividend | J | T | | | | | |
| 23. ISHARES 7-10YR TREASURY BOND ETF (IEF) | A | Dividend | J | T | | | | | |
| 24. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 25. ISHARES JPMORGAN USD EMERGING MARKETS BOND ETF (EMB) | A | Dividend | J | T | | | | | |
| 26. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | J | T | | | | | |
| 27. ISHARES 3-7YR TREASURY BOND ETF (IEI) | A | Dividend | J | T | | | | | |
| 28. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | | | | | |
| 29. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | | | | | |
| 30. VANGUARD REAL ESTATE INDEX ETF (VNQ) | A | Dividend | J | T | | | | | |
| 31. BARCLAYS IPATH BLOOMBERG COMMODfTY INDEX TOTAL RETURN ETN (DJP) | A | Dividend | J | T | | | | | |
| 32. ACCOUNT #3 (H) | | | | | | | | | |
| 33. AMERIPRISE (cash) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. NUVEEN PREFERRED SECS & INCOME C1 C (NPSCX) | B | Dividend | K | T | | | | | |
| 35. DELAWARE NATIONAL HIGH YIELD MUN BOND CL A (CXHYX) | B | Dividend | L | T | | | | | |
| 36. AON PLC CL A (AON) | B | Dividend | M | T | | | | | |
| 37. FS ENERGY & POWER FUND (30264D109) | A | Dividend | J | T | | | | | |
| 38. INTL BUSINESS MACHINES CORP (IBM) | B | Dividend | K | T | | | | | |
| 39. MARRIOTT VACATIONS WORLDWIDE CORP (VAC) | A | Dividend | K | T | | | | | |
| 40. MARRIOTT INTL INC NEW CL A (MAR) | | None | N | T | | | | | |
| 41. MICROSOFT CORP (MSFT) | C | Dividend | N | T | | | | | |
| 42. UNITED PARCEL SERVICE INC CL B (UPS) | C | Dividend | M | T | | | | | |
| 43. BANK MONTREAL REVERSE CONV CONTIN 7.65 LKD SPY QQQ (06368E3K6) | A | Interest | L | T | | | | | |
| 44. BANK MONTREAL CONTIN INT NOTE 7% LKD NDX RIY (06368EDRO) | A | Interest | K | T | | | | | |
| 45. BARCLAYS BANK PLC PHOENIX CONTIN (06747MAT3) | | None | | | | | | | |
| 46. CITIGROUP GLBL MKTS HLDG CONTIN INT NOTE (17328YTU8) | A | Interest | K | T | | | | | |
| 47. GS FINANCE CORP CONTIN CPN INDX LKD NDX INDU (40056XJM9) | | None | | | | | | | |
| 48. KRAFT HEINZ FOODS CO SR NOTE CPN (50077LAK2) | B | Interest | K | T | | | | | |
| 49. LIBERIY NY DEV CORP REV GOLDMAN SACHS HEADQUARTERS B/E (531127AC2) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. NEW JERSEY ST TRANSN TR FD AUTH SYS SER A REV B/E (646136J85) | B | Interest | K | T | | | | | |
| 51. CATERPILLAR INC SR NOTE CPN (149123CB5) | B | Interest | K | T | | | | | |
| 52. HARRISON NJ PKG UTIL DB BAM B/E OlD (415342SGO) | B | Interest | K | T | | | | | |
| 53. VERIZON COMMNS INC INTERNOTES SURVIVOR OPTION (92346MCL3) | C | Interest | L | T | | | | | |
| 54. ACCOUNT #4 (H) | | | | | | | | | |
| 55. AMERIPRISE (cash) | A | Interest | J | T | | | | | |
| 56. BLACKROCK STRATEGIC INCOME OPPTYS (BSIIX) | A | Dividend | K | T | | | | | |
| 57. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | B | Dividend | L | T | | | | | |
| 58. MUlTI MANAGER TOTAL RETURN BOND STRATEGIES (CTRZX) | C | Dividend | L | T | | | | | |
| 59. MULTI MANAGER SMALL CAP EQUITY STRATEGIES (CZMSX) | A | Dividend | K | T | | | | | |
| 60. MULTI MANAGER GROWTH STRATEGIES (CZMGX) | C | Dividend | L | T | | | | | |
| 61. MUlTI MANAGER INTL EQUITY STRATEGIES (CMIEX) | A | Dividend | K | T | | | | | |
| 62. MFS INTL INTRINSIC VALUE (MINIX) | A | Dividend | K | T | | | | | |
| 63. MFS VALUE (MEIIX) | A | Dividend | K | T | | | | | |
| 64. MFS MID CAP GROWTH (OTCIX) | A | Dividend | J | T | | | | | |
| 65. DELAWARE US GROWTH (DEUIX) | B | Dividend | | | | | | | |
| 66. JACKSON SQUARE LARGE CAP GROWTH (JSPIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. WEILS FARGO EMERGING MARKETS EQUITY (EMGNX) | A | Dividend | K | T | | | | | |
| 68. WELLS FARGO SPECIAL MID CAP VALUE (WFMIX) | A | Dividend | J | T | | | | | |
| 69. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | | | | | | | |
| 70. ACCOUNT #5 (H) | | | | | | | | | |
| 71. PERE COLLECTION I ONSHORE FUND, LP██████ | D | Distribution | M | T | | | | | |
| 72. PERE COLLECTION II ONSHORE FUND, LP██████ | D | Distribution | L | T | | | | | |
| 73. ACCOUNT #6 (H) | | | | | | | | | |
| 74. ALPHABET INC CL C (GOOG) | | None | L | T | | | | | |
| 75. ALPHABET INC CL A (GOOGL) | | None | L | T | | | | | |
| 76. APPLE INC (APPL) | B | Dividend | N | T | | | | | |
| 77. ARES CAPITAL CORP (ARCC) | C | Dividend | K | T | | | | | |
| 78. CARRIER GLOBAL (CARR) | A | Dividend | J | T | | | | | |
| 79. CHEVRON (CVX) | B | Dividend | K | T | | | | | |
| 80. CORTEVA INC (CTVA) | A | Dividend | J | T | | | | | |
| 81. DOW INC (DOW) | A | Dividend | J | T | | | | | |
| 82. DUPONT DE NEMOURS (DD) | A | Dividend | K | T | | | | | |
| 83. ISHARES TRUST ASIA 50 ETF (AIA) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |
| 85. KRAFT HEINZ CO (KHC) | A | Dividend | J | T | | | | | |
| 86. MONDELEZ INTL INC (MDLZ) | B | Dividend | K | T | | | | | |
| 87. OTIS WORLDWIDE (OTIS) | A | Dividend | J | T | | | | | |
| 88. PEPSICO (PEP) | B | Dividend | L | T | | | | | |
| 89. PROCTER & GAMBLE (PG) | B | Dividend | L | T | | | | | |
| 90. RAYTHEON TECH (RTX) | A | Dividend | K | T | | | | | |
| 91. SPDR INDEX SHARES FUNDS PORTFOLIO DEVELOPED ETF (SPDW) | A | Dividend | K | T | | | | | |
| 92. THE CHEMOURS COMPANY LLC (CC) | A | Dividend | J | T | | | | | |
| 93. UNITED TECHNOLOGIES (UTX) | A | Dividend | | | | | | | |
| 94. WALMART INC (WMT) | B | Dividend | L | T | | | | | |
| 95. NEUBERGER BERMAN FUNDS SUSTAINABLE EQUITY (NBSRX) | A | Dividend | K | T | | | | | |
| 96. PIMCO INVESTMENTS REAL RET (PRTNX) | A | Dividend | K | T | | | | | |
| 97. VANGUARD REAL ESTATE INDEX (VGSLX) | C | Dividend | L | T | | | | | |
| 98. VANGUARD EMERGING MARKETS STOCK INDEX (VEMAX) | A | Dividend | K | T | | | | | |
| 99. ACCOUNT #7 (H) | | | | | | | | | |
| 100. TD AMERITRADE (cash) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101. ADVISORS INNER CIRCLE EDGEWOOD GROWTH (EGFIX) | E | Dividend | O | T | | | | | |
| 102. DIMENSIONAL FUND ADVISORS US CORE EQUITY (DFEOX) | A | Dividend | L | T | | | | | |
| 103. DIMENSIONAL FUND ADVISORS EMERGING MARKETS CORE EQUITY (DFCEX) | A | Dividend | L | T | | | | | |
| 104. DIMENSIONAL FUND ADVISORS TAX-MNGD US SM CAP (DFTSX) | A | Dividend | M | T | | | | | |
| 105. DIMENSIONAL FUND ADVISORS INTL SM CO (DFISX) | A | Dividend | L | T | | | | | |
| 106. DIMENSIONAL FUND ADVISORS US LG CAP VALUE (DFLVX) | A | Dividend | L | T | | | | | |
| 107. DIMENSIONAL FUND ADVISORS REAL ESTATE SEC (DFREX) | A | Dividend | L | T | | | | | |
| 108. DIMENSIONAL FUND ADVISORS INTMD GOVT FIXED INCOME (DFIGX) | C | Dividend | M | T | | | | | |
| 109. DIMENSIONAL FUND ADVISORS FIVE-YEAR GLOBAL FIXED INC (DFGBX) | A | Dividend | M | T | | | | | |
| 110. DIMENSIONAL FUND ADVISORS INVMT GRADE (DFAPX) | A | Dividend | M | T | | | | | |
| 111. DIMENSIONAL FUND ADVISORS T.A. WORLD EX US CORE EQTY (DFTWX) | A | Dividend | M | T | | | | | |
| 112. DIMENSIONAL FUND ADVISORS SHORT TERM EXTENDED QUALITY (DFEQX) | A | Dividend | M | T | | | | | |
| 113. DIMENSIONAL FUND ADVISORS INTL VALUE (DFIVX) | A | Dividend | L | T | | | | | |
| 114. PUTNAM LG CAP VALUE (PEIYX) | D | Dividend | M | T | | | | | |
| 115. ACCOUNT #8 (H) | | | | | | | | | |
| 116. EATON VANCE MUNICIPAL INCOME TRUST (EVN) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. EATON VANCE MUNICIPAL BOND FD (ElM) | D | Dividend | M | T | | | | | |
| 118. INVESCO MUNICIPAL TRUST (VKQ) | D | Dividend | L | T | | | | | |
| 119. INVESCO MUN OPPORTUNITY TRUST (VMO) | C | Dividend | L | T | | | | | |
| 120. NUVEEN AMT FREE QUALITY MUNI INCOME FUND (NEA) | B | Dividend | K | T | | | | | |
| 121. NUVEEN MUNICIPAL CREDIT INCOME FUND (NZF) | B | Dividend | K | T | | | | | |
| 122. NUVEEN AMT FREE MUNI CREDIT INCOME FD (NVG) | C | Dividend | K | T | | | | | |
| 123. ACCOUNT #9 (H) | | | | | | | | | |
| 124. INVESCO GLOBAL OPPORTUNITIES FUND (OPGIX) | D | Dividend | L | T | | | | | |
| 125. INVESCO OFI INTERNATIONAL GROWTH FUND (OIGAX) | D | Dividend | L | T | | | | | |
| 126. INVESCO GLOBAL FUND (OPPAX) | C | Dividend | L | T | | | | | |
| 127. INVESCO SEL RISK MODERATE INVESTOR FUND (OAMIX) | E | Dividend | M | T | | | | | |
| 128. INVESCO MAIN STREET FUND (MSIGX) | B | Dividend | K | T | | | | | |
| 129. INVESCO DISCOVERY FUND (OPOCX) | C | Dividend | K | T | | | | | |
| 130. INVESCO INTERNATIONAL BOND FUND (OIBAX) | B | Dividend | K | T | | | | | |
| 131. INVESCO EMERGING MARKETS LOCAL DEBT FUND (OEMAX) | B | Dividend | K | T | | | | | |
| 132. INVESCO US GOVT MONEY PORTFOLIO FUND (OMBXX) | A | Dividend | J | T | | | | | |
| 133. INVESCO GOLD & SPECIAL MINERALS FUND (OPGSX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Lisa G. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134. INVESCO FUNDAMENTAL ALTERNATIVES FUND (QVOPX) | A | Dividend | K | T | | | | | |
| 135. ACCOUNT #10 (H) | | | | | | | | | |
| 136. LORD ABBETT ULTRA SHORT BOND FUND (LUBAX) | D | Dividend | O | T | | | | | |
| 137. ACCOUNT #11 (H) | | | | | | | | | |
| 138. JPM FEDERAL MM FD (VFPX) (cash eq.) | D | Dividend | N | T | | | | | |
| 139. JPM US TR PL MM FD (PJTX) (cash eq.) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beckerman, Lisa G.** | 07/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa G. Beckerman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544